ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
PAUL SACHELARI, CSBN 230082
Special Assistant United States Attorney
    160 Spear St., Suite 800
    San Francisco, CA  94105
    Telephone: 415-977-8933
    Facsimile: 415-744-0134
E-Mail: paul.sachelari@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT,
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| JENNIFER JAYNE STARKEY,<br>    Plaintiff,<br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | ) No. EDCV 11-1517 FMO<br>)<br>)<br>) ORDER AWARDING EAJA FEES<br>)<br>)<br>)<br>)<br>)<br>) |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), and for cause shown,

    IT IS ORDERED that plaintiff is awarded attorney's fees pursuant to the Equal Access to Justice Act ("EAJA") in the amount of SIX THOUSAND TWO HUNDRED DOLLARS AND 00/100 ($6,200.00), as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: 10/30/12

                                  _____/s/_____
                                  HONORABLE FERNANDO M. OLGUIN
                                  UNITED STATES MAGISTRATE JUDGE